IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-10-95-C |
| ) | CIV-12-388-C |
| DOROTEO RENDON-MARTINEZ, ) | |
| ) | |
| Defendant. ) | |

## J U D G M E N T

Upon consideration of Defendant's Motion to Vacate, Correct, or Amend the Petitioner's Sentence Under 28 U.S.C. § 2255 and the Court's accompanying Memorandum Opinion and Order,

IT IS ORDERED, ADJUDGED AND DECREED that the Motion to Vacate, Correct, or Amend the Petitioner's Sentence Under 28 U.S.C. § 2255, be and the same is hereby denied.

DATED this 1st day of June, 2012.

ROBIN J. CAUTHRON
United States District Judge